# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kost, | No. CV-14-00146-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Lowery Law Office PC, et al., | |
| Defendants. | |

Based upon the completion of the settlement, as referenced in the parties' Stipulation to Dismiss (Doc. 39),

**IT IS ORDERED** dismissing this action with prejudice.

Dated this 10th day of October, 2014.

_____
Diane J. Humetewa
United States District Judge